

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Magistrate Case No. **21-MJ-1049** |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8 U.S.C. Section |
| Bonnie Jean ANTUNEZ, | ) | 1324(a)(2)(B)(iii) |
| | ) | Bringing in Unlawful Alien(s) |
| Defendant. | ) | Without Presentation |
| | ) | |

The undersigned complainant being duly sworn states:

On or about March 18, 2021, within the Southern District of California, Defendant, Bonnie Jean ANTUNEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, S.B.B., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th of March 2021.

_____
HON. LINDA LOPEZ
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that S.B.B, is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impractical to secure his attendance at trial by subpoena and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On March 18, 2021, at approximately 7:12 A.M., Bonnie Jean ANTUNEZ (Defendant), a United States citizen, was in pre-primary vehicle lanes waiting to make entry to the United States from Mexico via the San Ysidro, California Port of Entry. Defendant was the sole occupant and driver of a white 2010 Ford Focus bearing California license plates. A United States Customs and Border Protection (CBP) Officer was conducting pre-primary roving Anti-Contraband Enforcement operations when he approached Defendant and the vehicle she was driving for inspection. Upon inspection before the CBP Officer, Defendant presented her state of Washington Identification card and stated she was returning from a weeklong trip from visiting her friend in Tecate, Baja California, Mexico. Defendant stated she was going to El Cajon, California for a Doctor's appointment and claimed she borrowed the vehicle for a day from a friend who lives in Tecate. Defendant stated she had nothing to declare.

The CBP Officer proceeded to conduct an inspection of the vehicle and discovered one individual concealed within the dashboard. Defendant was secured; escorted to the security office and the vehicle was driven into the vehicle secondary area for further inspection.

In the vehicle secondary area, a CBP Officer assigned to the Criminal Enforcement Unit responded and observed one individual attempting to elude inspection concealed within the dashboard. The CBP Officer manually detached the glove box to gain access to the interior of the dashboard. The CBP Officer observed a male individual laying on a strap which held him in place. The CBP Officer removed the cargo rachet strap and assisted the individual in exiting the dashboard. The individual, later identified as S.B.B, was determined to be a Mexican citizen without lawful documents to enter or reside in the United States and in now held as a Material Witness.

During a video-recorded interview, the Material Witness admitted he is a Mexican citizen without documents to enter or reside in the United States. Material Witness stated his uncle made the smuggling arrangements for an unknown dollar amount and was going to the state of Washington to live with his father. Material Witness stated two male individuals instructed him to hide in the compartment and assisted him. Material Witness stated the vehicle drove away soon after he entered the compartment and heard the two males having a conversation with a female driver in English. Material Witness stated he heard the female driver speaking in Spanish at times during the drive. Material Witness stated the vehicle made a stop after traveling for 30 minutes and he heard the two males exiting the vehicle. Material Witness stated the vehicle drove directly to the border after the 2-minute stop. Material Witness stated he was concealed in the compartment for about one hour.